1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   J. DOE,                                    CASE NO. 1:08-cv-01219-LJO DLB PC

10                        Plaintiff,           ORDER DISREGARDING MOTION FOR
                                               ISSUANCE OF SUMMONS AS PREMATURE
11          v.
                                               (Doc. 10)
12   J. YATES, et al.,

13                        Defendants.
                                           /
14

15          On August 15, 2008, defendants J. Yates, C. Hudson-Huckabay and K. Scott filed a notice

16   of removal of this action.  (Doc. 1.)  On October 10, 2008, Plaintiff J. Doe[1] filed a motion requesting

17   that the Court provide Plaintiff with instructions and summons to serve defendants who have not yet

18   appeared in this action. (Doc. 10.)

19          On July 28, 2009, this Court issued an order requiring Plaintiff to file an amended complaint.

20   within thirty (30) days.  The Court has not yet received Plaintiff's amended complaint.  Therefore,

21   the request for the issuance of summons for service is disregarded as premature.

22
23
24          IT IS SO ORDERED.

25          **Dated:   August 12, 2009**              _____ **/s/ Dennis L. Beck** _____
                                                      UNITED STATES MAGISTRATE JUDGE
26
27
     _____
28        [1] Fictitious name.

1