# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE, | CASE NO. 1:08-cv-01219-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF |
| v. | |
| YATES, et al., | |
| | (Docs. 63, 68, 69) |
| Defendants. | |

Plaintiff J. Doe[1] (" Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within ten days.  Plaintiff filed an Objection to the Findings and Recommendations on December 9, 2009. (Docs. 68, 69.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

---

[1] "J. Doe" is a fictitious name.

1

Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff presents no reason as to why a court order is necessary for Plaintiff to meet with a potential witness.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 9, 2009, is adopted in full; and

2. Plaintiff's request for injunctive relief, filed on November 30, 2009, is denied.

IT IS SO ORDERED.

**Dated:**   **December 10, 2009**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE