# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE, | CASE NO. 1:08-cv-01219-LJO DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING |
| v. | CERTAIN CLAIMS AND DEFENDANTS |
| YATES, et al., | (Docs. 54, 55) |
| Defendants. | |
| _____/ | |

Plaintiff J. Doe[1] ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 16, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on November 16, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] J. Doe is a fictitious name.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 16, 2009, is adopted in full;

2. This action proceed on Plaintiff's second amended complaint, filed October 15, 2009, against (1) defendants K. Scott, J. D. Bennett, S. Gonzales, J. Melendez, Griffin, W. Brumbaugh, John Doe 2, John Doe 3, H. Martinez, and S. Kern for failure to protect in violation of the Eighth Amendment; (2) defendants B. Diaz, P. Soares, E. Wolford, D. J. Hatten, J. Yates, N. Green, and D. Huckabay for retaliation in violation of the First Amendment; and (3) defendants Cate and Yates for violation of the Equal Protection Clause of the Fourteenth Amendment;

2. All other claims are dismissed from this action for failure to state a claim upon which relief may be granted;

3. Defendants Schwarzenegger, CDCR, Tilton, Mukasey, G. Clark, M. Wilson, M. Dever, A. Rangal, John Doe 4, J. Hernandez, A. Aguilar, J. Herrera, C. Hudson-Huckabay, C. Huckabay, and D. Stone are dismissed from this action for failure to state a claim upon which relief may be granted; and

4. Defendants Yates and K. Scott are granted thirty (30) days from the date of service of this order in which to file their response to the second amended complaint.

IT IS SO ORDERED.

**Dated:   January 13, 2010**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE