# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE, | CASE NO. 1:08-CV-01219-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION WITHIN FIFTEEN DAYS |
| v. | |
| J. YATES, et al., | (DOC. 113) |
| Defendants. | |

Plaintiff J. Doe[1] ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 13, 2010, Plaintiff filed a motion with the Court under seal. (Doc. 113.)  Plaintiff requests, inter alia, that this action be dismissed without prejudice.  The Court will require Defendants to respond to Plaintiff's request.  Accordingly, it is HEREBY ORDERED that Defendants are to respond to Plaintiff's request within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   September 22, 2010             /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] "J. Doe" is a fictitious name.

1