# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE, | CASE NO. 1:08-CV-01219-LJO-DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF AND DEFENDANTS' NOTICE OF VOLUNTARY DISMISSAL (DOC. 119) |
| v. | |
| YATES, et al., | |
| Defendants. | |

Plaintiff J. Doe[1] ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action. On November 29, 2010, Plaintiff and Defendants' counsel filed a stipulation of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to this notice, the Court HEREBY ORDERS the Clerk of Court to close this action. This dismissal is without prejudice.

IT IS SO ORDERED.

Dated: **December 2, 2010**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] "J. Doe" is a fictitious name.

1